UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker,**

            Plaintiff**,**

        v.

**Joe's Jeans Inc.,** a Delaware
Corporation,

            Defendant.

Case: 3:21-cv-00597-CRB

[proposed] **Judgment**
(re: Default Judgment)

1

1   Upon review of the court files, the application for default judgment,

2  the declarations submitted in support of the default judgment, and the

3  evidence presented having been fully considered, it is hereby ordered and

4  adjudged that plaintiff Brian Whitaker shall have JUDGMENT in his favor

5  and against defendant Joe's Jeans Inc. in the total amount of $6,087.50,

6  which amount includes attorney's fees and costs.

7   Additionally, defendant Joe's Jeans Inc. is ordered to provide

8  wheelchair accessible sales counter at the Joe's Store located at 2958

9  Livermore Outlets Drive, Livermore Valley, California, in compliance with

10  the Americans with Disabilities Act Accessibility Guidelines.

11

12  Dated: 12/7/2021   By: _____

13  United States District Judge

14

15  *Presented by*:

16  Tehniat Zaman, Esq.

16  858-375-7385

17  tehniatz@potterhandy.com

18  Attorney for Plaintiff

2

~~Proposed~~ JUDGMENT                    Case: 3:21-cv-00597-CRB